# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAX C. STINE,** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 23-1155** |
| **v.** | : | |
| | : | |
| **GEORGE LITTLE,** *et al.*, | : | |
| *Defendants* | : | |
| | : | |

# ORDER

**AND NOW**, this 26th day of February 2025, upon consideration of the Commonwealth Defendants' *motion to dismiss*, (ECF 72),[1] Plaintiff's response in opposition, (ECF 84), and the allegations in Plaintiff's amended complaint, (ECF 64), it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

(1) the motion to dismiss is **GRANTED** with respect to Plaintiff's claims against the Commonwealth Defendants in their official capacities for monetary damages;

(2) the motion to dismiss is **GRANTED** with respect to all claims asserted against Defendants Terra, Huner, Sorber, Panasiewics, Sipple, Matteo, Luquis, and Stickney in their personal capacities;

(3) the motion to dismiss is **DENIED** with respect to Plaintiff's claims against Secretary Wetzel and Secretary Little in their official capacities for injunctive relief; and

(4) the motion is **DENIED** with respect to Plaintiff's claims against Secretary Wetzel and Secretary Little in their personal capacities.

**BY THE COURT:**
/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] The underlying motion to dismiss was filed on behalf of Defendants George Little ("Secretary Little"), John Wetzel ("Secretary Wetzel"), Jaime Sorber ("Sorber"), Deputy Terra ("Terra"), Deputy Panasiewics ("Panasiewics"), Deputy Sipple ("Sipple"), LPM Matteo ("Matteo"), CHCA Huner ("Huner"), Unit Manger Luquis ("Luquis"), and PSS Stickney ("Stickney") (collectively, the "Commonwealth Defendants").